**Order entered April 1, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00055-CV

### IN THE INTEREST OF S.B. & S.B., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-12-1096-X**

### ORDER

Before the Court is April E. Smith's motion to withdraw as appointed counsel for appellant and for appointment of new counsel. To ensure continuous representation for appellant, we **REFER** the motion to the trial court. The trial court shall determine the motion and appoint new counsel, who shall be informed of the briefing deadline below, **no later than April 13, 2020**. A supplemental clerk's record containing a copy of the order of withdrawal and appointment of new counsel shall be filed **no later than April 15, 2020.**

On our own motion, we **EXTEND THE DEADLINE** for the filing of appellant's brief to **May 4, 2020.** Because this is an accelerated appeal in a parental termination case, we caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order, along with a copy of the motion to withdraw, to the Honorable Cheryl Lee Shannon, Presiding Judge of the 305th Judicial District Court. A copy of this order shall also be sent to Dallas County District Clerk Felicia Pitre and the parties.

/s/ KEN MOLBERG
JUSTICE